**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone:**     **(916) 974-3500**
**Facsimile:**     **(916) 520-3497**

**Attorneys for Defendant**
**STEVEN MARCUS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. No. 2:12-CR-00309-JAM |
| ) | |
| **Plaintiff,** ) | |
| ) | **WAIVER OF PRESENCE** |
| ) | **PURSUANT TO RULE 43 OF THE** |
| vs. ) | **FED. RULES OF CRIMINAL** |
| ) | **PROCEDURE** |
| STEVEN MARCUS, et.al. ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

   Pursuant to Federal Rules of Criminal Procedure, Rule 43, defendant STEVE MARCUS, herby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

   The defendant further acknowledges that he has been informed of his rights under

Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to schedule dates and consent to the exclusion of time pursuant to said Act without her personal appearance.

Dated: November 5, 2012 /s/ *STEVEN MARCUS*
STEVEN MARCUS

    I certify that I have a duly signed and executed copy of this Waiver signed by Defendant STEVE MARCUS, in accordance with this District's Local Rules.

Dated: November 5, 2012 */s/ Donald H. Heller*
DONALD H. HELLER, ESQ.
Attorney for Defendant
STEVEN MARCUS

**ORDER**

GOOD CAUSE APPEARING, Defendant STEVE MARCUS, waiver of personal appearance is hereby accepted by the Court. IT IS SO ORDERED.

Dated: 11/5/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge